UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRACEY BADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:04cv1294 SNL/TIA |
| ) | |
| JO ANNE B. BARNHART, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

The review and recommendation of United States Magistrate Judge Terry I. Adelman (#15), filed August 22, 2005, is before the Court. Neither party has responded. After review of the file, it appears that the recommendation should be adopted.

**IT IS HEREBY ORDERED** that the review and recommendation of United States Magistrate Judge Terry I. Adelman is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that this cause of action be and is hereby **REMANDED**, pursuant to Sentence Four of 42 U.S.C. §405(g), to the Commissioner for further proceedings consistent with the Magistrate Judge's report and recommendation. The Court does not retain jurisdiction of this matter.

Dated this 26th day of September, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE